IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV181 |
| V. | ) ) | |
| JONATHAN W. ARRINGTON, ELITE MANAGEMENT HOLDINGS CORP., MJM ENTERPRISES LLC, MICHAEL B. KRATVILLE, and MICHAEL J. WELKE, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

  Defendant Michael B. Kratville ("Kratville") has filed an Objection to Clerk's Entry of Default (filing 19) and a motion for an extension of time to file an answer (filing 18). Plaintiff filed its complaint on May 23, 2011. Kratville received a copy of the complaint on May 24, 2011. The Clerk of Court entered default on June 21, 2011.

  Kratville has represented to the court that he is currently seeking legal counsel and thought he had until June 23, 2011, to file a response. The court finds that good cause exists to set aside the entry of default.

  Accordingly, for good cause shown,

  **IT IS ORDERED:**

  1. Kratville's Objection to Clerk's Entry of Default (filing 19) is sustained. The Clerk of Court shall set aside the entry of default against Kratville. All other defendants named in the Clerk's Entry of Default (filing 17) remain subject to the entry order.

  2. Kratville's motion for an extension of time to file an answer (filing 18) is granted. Kratville shall answer or otherwise respond on or before July 22, 2011.

  3. The Clerk of Court shall send a copy of this order to the defendants at the last

known address contained in the record.

**DATED June 22, 2011.**

            **BY THE COURT:**

            S/ F.A. Gossett
            **United States Magistrate Judge**