## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV181 |
| V. | ) ) | |
| JONATHAN W. ARRINGTON, ELITE MANAGEMENT HOLDINGS CORP., MJM ENTERPRISES LLC, MICHAEL B. KRATVILLE, and MICHAEL J. WELKE, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

On June 22, 2011, the court entered an order setting aside the Clerk's Entry of Default as it pertained to Michael B. Kratville (filing 27).   Additionally, the court ordered Mr. Kratville to file an answer or otherwise respond to the complaint on or before July 22, 2011. Subsequent to the court's order, Mr. Kratville filed a motion to set aside default (filing 21), an amended motion to set aside default (filing 23) and a second amended motion to set aside default (filing 25).   These motions will be denied as moot.

IT IS ORDERED:

1.    Kratville's motion to set aside default (filing 21), amended motion to set aside default (filing 23) and second amended motion to set aside default (filing 25) are denied as moot.

2.    Kratville shall answer or otherwise respond to the complaint on or before July 22, 2011.

3.    The Clerk of Court shall send a copy of this order to the defendants at the last known addresses contained in the record.

2

**DATED June 23, 2011.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge