IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV181 |
| V. | ) ) | |
| JONATHAN W. ARRINGTON, ELITE MANAGEMENT HOLDINGS CORP., MJM ENTERPRISES LLC, MICHAEL B. KRATVILLE, MICHAEL J. WELKE, FRED HONEA, JOHN RIZZLI, RON BASSETT, FXIG, SONADOR, NEAL LABELLE, and MICHAEL STEWART, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | | |

This matter is before the Court on David Domina's Motion for Leave to Withdraw as Counsel for Michael Welke (filing 54).  For good cause shown, the Motion will be granted.

**IT IS ORDERED** that the Motion to Withdraw (filing 54) is granted, as follows**:**

1. Mr. Domina shall immediately serve a copy of this Order upon Mr. Welke, as well as a copy of the Progression Order (filing 48) entered in this case, by certified mail.

2. Mr. Domina shall timely file proof of service showing compliance with Paragraph 1 of this Order, listing the names and addresses of the persons to whom notice was sent.  Mr. Domina will not be relieved of applicable duties to the Court, the client, and opposing counsel until proof of service is filed.

3. Upon the filing of proof of service pursuant to Paragraph 2 of this Order, Mr. Welke will be deemed to be proceeding *pro se*, that is, without the assistance of counsel, unless substitute counsel has entered a written appearance on his behalf.  If substitute counsel has not entered a written appearance, Mr. Welke shall file a written notice with the Clerk of the Court of his current address and

telephone number within five (5) business days of being served with the documents described in Paragraph 1 of this Order.  Mr. Welke may retain substitute counsel at any time; however, until such time as substitute counsel enters a written appearance, Mr. Welke shall personally comply with all orders of this Court, the Federal Rules of Civil Procedure, and the Local Rules of Practice.  Mr. Welke shall note that trial of this case is scheduled during the week of January 15, 2013.

**DATED June 22, 2012.**

                              **BY THE COURT:**

                              **S/ F.A. Gossett**
                              **United States Magistrate Judge**