# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV181 |
| V. | ) ) | |
| JONATHAN W. ARRINGTON, ELITE MANAGEMENT HOLDINGS CORP., MJM ENTERPRISES LLC, MICHAEL B. KRATVILLE, MICHAEL J. WELKE, FRED HONEA, JOHN RIZZLI, RON BASSETT, FXIG, SONADOR, NEAL LABELLE, and MICHAEL STEWART, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | | |

This matter is before the Court on Plaintiff's Motion to Compel Production of Documents Withheld by Defendant Michael Kratville. (Filing 65.) Having reviewed the materials submitted in connection with the motion, the Court finds that an *in camera* inspection of the documents in question is warranted.

Accordingly,

**IT IS ORDERED** that by or before January 22, 2013, Defendant Michael Kratville shall submit copies of the documents in question to the Court for review.

**DATED January 15, 2013.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge