IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV181 |
| V. | ) ) | |
| JONATHAN W. ARRINGTON, ELITE MANAGEMENT HOLDINGS CORP., MJM ENTERPRISES LLC, MICHAEL B. KRATVILLE, MICHAEL J. WELKE, FRED HONEA, JOHN RIZZLI, RON BASSETT, FXIG, SONADOR, NEAL LABELLE, and MICHAEL STEWART, | ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Defendant Michael Kratville ("Kratville") has filed a motion requesting that this case be removed from the jury docket and placed on the non-jury docket. ([Filing 96](#).) Kratville asserts that Defendant Jonathan Arrington, Elite Management Holdings Corp., and MJM Enterprises, LLC are in default and have not filed answers in this case. Kratville also claims that Defendant Michael J. Welke ("Welke") has settled with Plaintiff and that Welke's request for a jury trial may only apply to his cross-claim against Kratville.

Plaintiff does not oppose Kratville's motion. As of today's date, no Defendant has filed a response. However, before ruling on Kratville's motion, the Court will provide Defendants one last opportunity to respond.

Accordingly,

**IT IS ORDERED** that any objection to removing this case from the jury docket shall be filed by or before July 22, 2013. If no objection is filed, the case will be placed on the non-jury docket.

**DATED June 24, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**