IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV181 |
| V. | ) ) | |
| JONATHAN W. ARRINGTON, ELITE MANAGEMENT HOLDINGS CORP., MJM ENTERPRISES LLC, MICHAEL B. KRATVILLE, and MICHAEL J. WELKE, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

    This matter is before the Court on Defendant Michael Kratville's ("Kratville") Motion for Show Cause Hearing and Application for Contempt. ([Filing 118](#).) Kratville contends that Defendant Michael Welke ("Welke") was served with a valid subpoena for production of documents on April 16, 2013, but has not provided any of the requested documents. Kratville seeks an order compelling Welke to appear before the Court at a hearing to show cause why he should not be held in contempt for failing to obey the subpoena and compelling Welke to appear for a deposition to provide all responsive documents. Having considered the matter,

    **IT IS ORDERED** that by or before August 9, 2013, Defendant Michael Welke shall submit a report to the Court showing cause as to why he should not be held in contempt for failing to comply with the subpoena served upon him on April 16, 2013. Welke shall further show cause as to why he should not be compelled to appear for a deposition to provide all responsive documents.

    **DATED July 9, 2013.**

                                                                       **BY THE COURT:**

                                                                       S/ F.A. Gossett
                                                                       **United States Magistrate Judge**