IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV181 |
| V. | ) ) | |
| JONATHAN W. ARRINGTON, ELITE MANAGEMENT HOLDINGS CORP., MJM ENTERPRISES LLC, MICHAEL B. KRATVILLE, and MICHAEL J. WELKE, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

On July 11, 2013, the day his response to Plaintiff's motion for summary judgment (filing 97) was due, Defendant Michael Kratville ("Kratville") filed a motion (filing 123) requesting an extension of time to respond to Plaintiff's summary judgment motion. Because Plaintiff objected to Kratville's request for an extension, Kratville went ahead and filed a brief responding to the summary judgment motion. Therefore, Kratville's motion for an extension of time will be denied as moot.

However, the Court believes that a status conference is warranted to discuss the progression of this case.

Accordingly,

**IT IS ORDERED:**

1. The Motion for Extension of Response Deadline (filing 123) is denied as moot.

2. A telephone conference with the undersigned magistrate judge will be held on August 16, 2013, at 10:00 a.m., for the purpose of reviewing the status of this case. Plaintiff's counsel shall initiate the call to the Court at 402-661-7340.

**DATED July 12, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**