# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV181 |
| V. | ) ) | |
| JONATHAN W. ARRINGTON, ELITE MANAGEMENT HOLDINGS CORP., MJM ENTERPRISES LLC, MICHAEL B. KRATVILLE, and MICHAEL J. WELKE, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

This matter is before the Court upon the motion of Stuart Dornan and Mallory Hughes to withdraw as counsel for Defendant Michael Kratville (filing 148). Following a hearing on the matter, the motion to withdraw will be granted.

Accordingly,

**IT IS ORDERED:**

1. The motion of Stuart Dornan and Mallory Hughes to withdraw as counsel for Defendant Michael Kratville (filing 148) is granted.

2. The Clerk of Court shall terminate the appearances of Mr. Dornan and Ms. Hughes as counsel of record for Defendant Michael Kratville and shall terminate future notices to them in this matter.

3. This case will not be stayed pending Defendant Kratville's retention of substitute counsel.

**DATED October 2, 2013.**

                              **BY THE COURT:**

                              **S/ F.A. Gossett**
                              **United States Magistrate Judge**