# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | |
| Plaintiff, | 8:11CV181 |
| vs. | ORDER |
| MICHAEL B. KRATVILLE, AND MICHAEL J. WELKE, | |
| Defendants. | |

In accordance with the Consent Order (Filing No. 85) and the Eighth Circuit's decision affirming the Court's Judgment in this matter (*see* Filing Nos. 181 and 182),

IT IS ORDERED: the Clerk of Court is directed to close this case.

Dated this 1st day of October, 2015

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge